HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMTU WOLDEMARIAM, Parent and Guardian on behalf of EZANA KIDANE, A Disabled Student.<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT, a Washington Municipal Corporation.<br><br>Defendant. | Case No. 2:19-cv-00299-RSM<br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR SETTLEMENT PURPOSES** |

THIS MATTER having come before the undersigned Judge of the above-entitled Court on Plaintiffs' Motion for Appointment of Guardian ad Litem for Settlement Purposes pursuant to pursuant to LCR 17(c).

The Court hereby finds that Jo-Hanna Read is a fit and proper person to be appointed as Guardian ad Litem for Plaintiff Ezana Kidane, an incompetent person, to investigate the reasonableness of the settlement and of the proposed distributions with Seattle School District on behalf of the incompetent person.

IT IS HEREBY ORDERED that Jo-Hanna Read, WSBA No. 6938, 600 N 36th Street, Suite 306, Seattle, Washington 98103-8698, telephone number (206) 739-7547, is appointed Guardian ad Litem for Plaintiff Ezana Kidane and is authorized to litigate this action on his behalf.

ORDER APPOINTING GUARDIAN
AD LITEM FOR SETTLEMENT PURPOSES
Case No. 2:19-cv-00299-RSM
Page 1 of 4

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

ENTERED this 1ˢᵗ day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA No. 20545
*Attorney for Plaintiffs*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: susanmm@msn.com

ORDER APPOINTING GUARDIAN
AD LITEM FOR SETTLEMENT PURPOSES
Case No. 2:19-cv-00299-RSM
Page 2 of 4

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, the undersigned caused a true and correct copy of the foregoing document to be served in the manner indicated below to the following individual(s):

| | |
|---|---|
| Mark F. O'Donnell, WSBA No. 13606<br>Karen L. Phu, WSBA No. 42136<br>*Attorneys for Defendant*<br>PREG O'DONNELL & GILLETT PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Telephone: (206) 287-1775<br>Facsimile: (206) 287-9113<br>Email: modonnell@pregodonnell.com<br>Email: kphu@pregodonnell.com | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ U.S. First Class Mail<br>☐ Electronic Filing/Eservice<br>☒ CM/ECF |
| Jo-Hanna Read, WSBA No. 6938<br>*Proposed Settlement Guardian ad Litem*<br>Law Office of Jo-Hanna Read<br>600 N. 36th Street, #306<br>Seattle, WA 98103<br>Telephone: (206) 739-7547<br>Facsimile: (253) 244-9828<br>Email: jolawyer@read-law.com | ☐ Legal Messenger<br>☐ Facsimile<br>☒ Electronic Mail<br>☐ U.S. First Class Mail<br>☐ Electronic Filing/Eservice<br>☐ CM/ECF |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 8th day of June 2020.

By: */s/ Christine A. Thomas*
Christine A. Thomas, *Paralegal*

ORDER APPOINTING GUARDIAN
AD LITEM FOR SETTLEMENT PURPOSES
Case No. 2:19-cv-00299-RSM
Page 3 of 4

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: christine@sbmlaw.net

ORDER APPOINTING GUARDIAN
AD LITEM FOR SETTLEMENT PURPOSES
Case No. 2:19-cv-00299-RSM
Page 4 of 4

**Susan B. Mindenbergs**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
susanmm@msn.com