THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMTU WOLDEMARIAM, Parent and Guardian on behalf of EZANA KIDANE, A Disabled Student.<br><br>    Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT, a Washington Municipal Corporation.<br><br>    Defendant. | Case No. 2:19-cv-00299-MAT<br><br>[~~PROPOSED~~] STIPULATED ORDER APPROVING SETTLEMENT AND FOR DISBURSEMENT OF FUNDS<br><br>NOTING DATE: AUGUST 10, 2020 |

THIS MATTER having come before the undersigned Judge of the above-entitled Court on Plaintiff's Motion for Approval of Settlement and for Disbursement of Funds pursuant to LCR 17(c). Upon the Court having reviewed the records and files herein, including the following:

1. Plaintiff's Motion for Approval of Settlement and Disbursement of Funds;

2. Declaration of Susan B. Mindenbergs, attached Exhibits 1-4, including the Report of the Settlement Guardian ad Litem Jo-Hanna Read;

3. Declaration of Jo-Hanna Read as part of the Court's review;

4. Supplemental Report of the Settlement Guardian ad Litem; and

5. Supplemental Declaration of Jo-Hanna Read.

[PROPOSED] STIPULATED ORDER APPROVING
SETTLEMENT AND FOR DISBURSEMENT OF FUNDS
Case No. 2:19-cv-00299-MAT
Page 1 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

It is hereby ORDERED, as follows:

Defendant Seattle School District shall pay the settlement amount of TWO HUNDRED SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS ($217,500.00), inclusive of any and all attorney fees, costs, SGAL fees, to be made payable to Susan B. Mindenbergs in Trust for Plaintiff Ezana Kidane. Said amount will be paid within twenty-one (21) days of entry of the Court's approval of the distribution of the settlement funds and receipt of a signed copy of the Settlement Agreement and Release of All Claims. Upon payment of the settlement funds the release shall become effective.

The proposed distribution of the gross settlement amount herein is found to be reasonable and approved in accordance with the Settlement Guardian ad Litem's Report and summarized below.

The net proceeds from the settlement in the amount of $128,768.96 shall be placed in Trust for Plaintiff Ezana Kidane, an incompetent person. The Court further authorizes Timtu Woldemariam, Parent and Guardian of Ezana Kidane, to execute all settlement documents on his behalf.

Plaintiff's attorney's request for reimbursement for all advanced costs associated with the litigation of this case, totaling the amount of $8,581.04 is granted.

Plaintiff's attorney's request for 35% of her contingent fee in the amount of $76,125.00 for attorney fees is granted.

The Settlement Guardian ad Litem's request for fees for time, services, and costs incurred for investigating the adequacy of the proposed settlement totaling the amount of $4,025.00 is granted.

ENTERED this 12th day of August, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

[PROPOSED] STIPULATED ORDER APPROVING
SETTLEMENT AND FOR DISBURSEMENT OF FUNDS
Case No. 2:19-cv-00299-MAT
Page 2 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

1  Respectfully submitted this 10th day of August 2020.

2

3  By: */s/ Susan B. Mindenbergs*
   Susan B. Mindenbergs, WSBA No. 20545

4  *Attorney for Plaintiff*
   Law Office of Susan B. Mindenbergs

5  705 Second Avenue, Suite 1050
   Seattle, WA 98104

6  Telephone: (206) 447-1560
   Facsimile: (206) 447-1523

7  Email: susanmm@msn.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] STIPULATED ORDER APPROVING
SETTLEMENT AND FOR DISBURSEMENT OF FUNDS
Case No. 2:19-cv-00299-MAT
Page 3 of 3

**Susan B. Mindenbergs**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM